# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,    Case No: 2:14-cr-20273
-v-              Honorable George Caram Steeh
                  Magistrate Judge David R. Grand
ELAINE LOVETT,

      Defendant.

| Jacob Foster | Paul J. Stablein |
|---|---|
| United States Attorney's Office | Paul Stablein, PLLC |
| Assistant United States Attorney | Attorney for Defendant |
| 211 West Fort Street, Suite 2001 | 39520 Woodward Ave, Suite 230 |
| Detroit, Michigan 48226 | Bloomfield Hills, Michigan 48304 |
| (202) 262-7809 | (248) 540-1600 |
| Jacob.Foster@usdoj.gov | PaulStablein@StableinLaw.com |

## ORDER TO EXTEND SURRENDER DATE

Upon this Court's consideration of Defendant, Elaine Lovett's, Emergency Motion to Extend Bureau of Prisons Report Date,

IT IS SO ORDERED that the Defendant's Motion is GRANTED.

IT IS FURTHER ORDERED that the date for the Defendant to voluntary surrender to the institution designated by the Bureau of Prisons is extended to January 3, 2018 by noon.

IT IS SO ORDERED.

                                      s/George Caram Steeh
                                      HON. GEORGE CARAM STEEH
                                      United States District Judge

Entered: November 6, 2017